■

165 A.3d 465

**IN RE: A.B.**

**Pet. Docket No. 137, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2011, Sept. Term, 2016).

Petition for writ of certiorari denied

■

165 A.3d 465

**IRON HORSE FARMS**

**v.**

**RAYLYN FARMS**

**Pet. Docket No. 136, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 855, Sept. Term, 2015).

Petition for writ of certiorari denied